

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N Y

★ FEB 29 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CAMLIN LIMITED, now known as
CAMLIN FINE CHEMICALS, LTD.,

              Plaintiff,

**ORDER**
07-CV-4364 (TCP) (GRB)

- against -

CMB ADDITIVES LLC, ANTHONY
URBANO, CPA, ROGER BROWN,
FRANK MONTELEONE, CHARLES J.
MONTELEONE, DOMINICK L. SARTORIO,
ELIZABETH SARTORIO, ANTHONY DIAZ,
AMALFI INGREDIANTS, CHRISTINE
URBANO, C.P.A., and ALLEN PERLSTEIN, ESQ.

              Defendants.
-------------------------------------------------------------X

PLATT, District Judge.

Before the Court is Defendant-Allen Perlstein's Motion to Dismiss Plaintiff's Amended Complaint (solely as to Perlstein). Defendant's motion is **GRANTED**.

At the February 24, 2012 hearing, Plaintiff told the Court that deposition testimony could take place within two weeks. Plaintiff told the Court that after these depositions were completed, Plaintiff would know whether Plaintiff would meet the pleading requirements as to Perlstein.

While the Court grants Defendant's motion, Plaintiff shall have the opportunity to amend its Amended Complaint upon the completion of the referred-to depositions. If Plaintiff intends to attempt to amend its Amended Complaint to include Perlstein, the Court orders that the referred-to depositions shall take place within fourteen business days from the filing of this Order.[1] If

---

[1] Defendants shall make a good faith effort to meet this fourteen-day deadline. If any Defendant cannot meet this expedited deadline, said Defendant shall submit an extension request to the Court and provide the earliest possible date at which he or she is available.

1

Plaintiff believes evidence gleamed from this deposition testimony will enable Plaintiff to meet the required pleading standard, Plaintiff shall seek, within ten business days of the final referred-to deposition, the Court's leave to amend its Amended Complaint.

**SO ORDERED.**

Thomas C. Platt, U.S.D.J.

Dated: February 29, 2012
       Central Islip, New York