UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

CAMLIN LIMITED now known as,                      Case No. CV 07-4364
CAMLIN FINE CHEMICALS, LTD.,

                                      Plaintiff,

   - against -

                                                    <u>Stipulation and Agreed Order</u>

CMB ADDITIVES LLC, ANTHONY URBANO, CPA,
ROGER BROWN, FRANK MONTELEONE,
CHARLES J. MONTELEONE, DOMINICK L. SARTORIO,
ELIZABETH SARTORIO, ANTHONY DIAZ, AMALFI
INGREDIENTS, CHRISTINE URBANO, C.P.A. and ALLEN
PERLSTEIN, ESQ.

                                    Defendants.
-------------------------------------------------------------------------X

        Whereas, counsel for Dominick L. Sartorio and Elizabeth Sartorio having served a notice pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure upon the Plaintiff and the Plaintiff having produced Saumil Padhya as its witness,

        Whereas, Mr. Padhya having been deposed on June 14, 2012 and having conceded that he had no personal knowledge of the facts and circumstances in the Complaint nor the Amended Complaint,

        It is hereby Stipulated and Agreed by and between the Plaintiff and the attorneys for the Defendants as follows:

        1.     Ashish Dandekar shall appear for his deposition at the offices of Meyer, Suozzi, English & Klein P.C. on or before September 4, 2012.

  2. Counsel for the Defendants reserve all rights with respect to the Plaintiff's provision of Mr. Padhya as the witness under Rule 30(b)(6).

Dated: Garden City, New York
   August 3, 2012

            /S/ Jay M. Weinstein
            Jay M. Weinstein
            Attorney for Plaintiff
            503 Longacre Avenue
            Woodmere, New York 11598
            (516) 569-2146


        Weinberg, Gross & Pergament LLP
        Attorneys for Dominick L. Sartorio and Elizabeth Sartorio

By:    /S/ Marc A. Pergament
    Marc A. Pergament
    400 Garden City Plaza, Suite 403
    Garden City, New York 11530
    (516) 877-2424


        Jeffrey I. Baum & Associates, P.C.
        Attorneys for Anthony Urbano, CPA and Christine Urbano C.P.A.

By:    /S/ Jeffrey I. Baum
    Jeffrey I. Baum
    666 Old Country Road, Suite 501
    Garden City, New York 11530
    (516) 747-6900


        Meyer, Suozzi, English & Klein, P.C.
        Attorneys for Roger Brown

By:    /S/ Robert N. Zausmer
    Robert N. Zausmer
    990 Stewart Avenue
    Garden City, New York 11530
    (516) 741-6565

                              Certilman Balin Adler & Hyman, LLP
                              Attorneys for Frank Monteleone, Charles J. Monteleone
                              and Amalfi Ingredients

                    By:          */S/ Sanjay V. Nair*
                              Sanjay V. Nair
                              90 Merrick Avenue, 9th Floor
                              East Meadow, New York 11554
                              (516) 296-7000

So Ordered

_/s/ Gary R. Brown_
Gary R. Brown, U.S.M.J.